**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE:  ZOFRAN (ONDANSETRON)
PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. <u>1:15-md-2657-FDS</u>

<u>**AMENDED JUDGMENT**</u>

<u>**This judgment applies to all cases listed in**</u>
<u>**Appendix A**</u>

<u>    D.J. Saylor , Chief                    </u>

**_____**     **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**__X___**     **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED:**

1.     Defendant's renewed motion for summary judgment based on federal preemption is GRANTED.

       ROBERT M. FARRELL
       CLERK OF COURT

Dated:   <u>7/8/2021                    </u>     By   <u>/s/</u>   Leonardo T. Vieira
                                       Deputy Clerk